AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

DESMOND JAMES

V.

CHICAGO POLICE OFFICERS T. X. OATES (STAR #13798) B. A. WARCHOL (STAR # 9353), CITY OF CHICAGO, ILLINOIS

CASE NUMBER: 08CV1758

ASSIGNED JUDGE: JUDGE NORGLE
MAGISTRATE JUDGE NOLAN

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

CITY OF CHICAGO, ILLINOIS
CITY HALL
121 NORTH LASALLE,
CHICAGO, ILLINOIS 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

UCHE O. NWAKUDU
UCHE O. NWAKUDU & ASSOCIATES
53 WEST JACKSON BLVD., SUITE 1440
CHICAGO, ILLINOIS 60604

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*/s/ Cervantes*
--------------------------------
(By) DEPUTY CLERK

March 26, 2008
--------------------------------
Date

# Affidavit of Process Server

08CV1758

PLAINTIFF/PETITIONER: DESMOND JAMES vs DEFENDANT/RESPONDENT: Chicago Police Dept City of Chicago    CASE #

Being duly sworn, on my oath, I AARON WILLOUGHBY declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served City of Chicago
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)  ☐ Subpoena with $_____ witness fee and mileage
☒ Summons / Complaint

by serving (NAME) NANCY NIEMINSK Authorize to Accept Service
at ☐ Home ☒ For City of Chicago
☒ Business 121 North LaSalle St Chicago IL
☒ on (DATE) 4-2-08    at (TIME) 12:31 pm

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address    ☐ Evading    ☐ Other: _____
☐ Address Does Not Exist    ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding    ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____ DATE TIME, ( )_____ DATE TIME,
( )_____ DATE TIME, ( )_____ DATE TIME, ( )_____ DATE TIME

**Description:**
☐ Male    ☒ White Skin    ☐ Black Hair    ☐ White Hair    ☐ 14-20 Yrs.    ☐ Under 5'    ☐ Under 100 Lbs.
☒ Female    ☐ Black Skin    ☒ Brown Hair    ☐ Balding    ☐ 21-35 Yrs.    ☐ 5'0"-5'3"    ☐ 100-130 Lbs.
          ☐ Yellow Skin   ☐ Blond Hair                    ☐ 36-50 Yrs.    ☒ 5'4"-5'8"    ☒ 131-160 Lbs.
          ☐ Brown Skin    ☐ Gray Hair    ☐ Mustache      ☐ 51-65 Yrs.    ☐ 5'9"-6'0"    ☐ 161-200 Lbs.
☐ Glasses ☐ Red Skin     ☐ Red Hair     ☐ Beard          ☒ Over 65 Yrs.  ☐ Over 6'     ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: Tinted

State of Illinois    County of Cook

Subscribed and sworn to before me, a notary public, this ___ day of April, 20__

SERVED BY
LASALLE PROCESS SERVERS

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

[Stamp: OFFICE OF THE CITY CLERK RECEIVED 2008 APR 2 PM 12 31]