(Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

DESMOND JAMES

V.

CHICAGO POLICE OFFICERS T. X. OATES (STAR #13798) B. A. WARCHOL (STAR # 9353), CITY OF CHICAGO, ILLINOIS

CASE NUMBER: 08CV1758

ASSIGNED JUDGE: JUDGE NORGLE
MAGISTRATE JUDGE NOLAN

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

OFFICER B. A. WARCHOL (STAR # 9353)
CHICAGO POLICE DEPARTMENT,
DISTRICT 006
7808 SOUTH HALSTED,
CHICAGO, ILLINOIS 60620

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

UCHE O. NWAKUDU
UCHE O. NWAKUDU & ASSOCIATES
53 WEST JACKSON BLVD., SUITE 1440
CHICAGO, ILLINOIS 60604

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

J. Cervantes
-------------------------------------
(By) DEPUTY CLERK

March 26, 2008
-------------------------------------
Date

# Affidavit of Process Server

08CV1758

**PLAINTIFF/PETITIONER:** DESMOND JAMES vs **DEFENDANT/RESPONDENT:** Chicago Police Dept City of Chicago   **CASE #**

Being duly sworn, on my oath, I AARON Willoughby declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served OFFICER B.A. Warchol X# 9353
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ Summons/Complaint

by serving (NAME) Vince Caffo Authorize To Accept Service For
at ☐ Home OFFICER B.A. Warchol
☒ Business 3510 South Michigan Ave Chicago IL
on (DATE) 4-2-08 at (TIME) 9:15 AM

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely Vince Caffo
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address   ☐ Evading   ☐ Other: _____
☐ Address Does Not Exist   ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding   ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____ DATE TIME, ( )_____ DATE TIME, ( )_____ DATE TIME, ( )_____ DATE TIME, ( )_____ DATE TIME

**Description:**
☒ Male   ☒ White Skin   ☒ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'   ☐ Under 100 Lbs.
☐ Female   ☐ Black Skin   ☐ Brown Hair   ☐ Balding   ☐ 21-35 Yrs.   ☐ 5'0"-5'3"   ☐ 100-130 Lbs.
☐ Yellow Skin   ☐ Blond Hair   ☐ 36-50 Yrs.   ☐ 5'4"-5'8"   ☒ 131-160 Lbs.
☐ Brown Skin   ☒ Gray Hair   ☐ Mustache   ☒ 51-65 Yrs.   ☒ 5'9"-6'0"   ☐ 161-200 Lbs.
☐ Glasses   ☐ Red Skin   ☐ Red Hair   ☐ Beard   ☐ Over 65 Yrs.   ☐ Over 6'   ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois   County of Cook

Subscribed and sworn to before me, a notary public, this 2 day of April, 20 08

SERVED BY LASALLE PROCESS SERVERS

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.