IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DESMOND JAMES )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CHICAGO POLICE OFFICERS )<br>T. X. OATES ) (Star No. 13798, )<br>B. A. WARCHOL (Star No. 9353 )<br>CITY OF CHICAGO, ILLINOIS, )<br>)<br>    Defendants ) | No. 08 C 1758 |

**DEFENDANTS AGREED MOTION
FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants, City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and Terrence OATES, ("Defendant Officer"), by one of his attorneys, Thomas H. Freitag, Assistant Corporation Counsel of the City of Chicago, respectfully request this Honorable Court, pursuant to FRCP 6(b)(1), to enlarge their respective times to answer or otherwise plead to Plaintiff's Complaint in this matter twenty-one (21) days from today's date, up to and including June 4th, 2008.

In support of this motion, the undersigned state as follows:

1. I, the undersigned Thomas H. Freitag, am one of the Assistant Corporation Counsel of the City of Chicago assigned to represent the Defendants in this matter.

2. Due to administrative delays in processing the Defendants requests for representation, related to the recent filing of Plaintiff's Complaint, it was only until recently that the Individual Defense Litigation Division was first able to learn of the completed service on all Defendants.

1

3. We therefore have not had a chance to discuss the allegations contained in Plaintiff's Complaint with our clients in order to adequately answer or otherwise plead in this matter on their behalves. Answering on behalf of all Defendants at the same time will provide uniform briefing schedules as well as improved efficiencies for the Court.

4. We are therefore requesting a twenty-one (21) day enlargement of time from today, May 14th, 2008, to answer or otherwise plead for the served Defendants, up to and including June 4th, 2008.

5. I discussed this matter with Plaintiff's counsel Mr. Uche Nwakudu who today by telephone, and, under the circumstances, stated he had no objection to this motion.

6. Plaintiff has not been prejudiced by the delay in responding to his Complaint since the time service was had, and will not be prejudiced by the granting of this motion.

7. This motion is filed in good faith, and is not intended for the purpose of undue delay.

WHEREFORE, Defendants respectfully move this Honorable Court to enlarge their respective time twenty-one (21) days from today, up to and including June 4th, 2008, to answer or otherwise plead in this matter.

Respectfully submitted,

Terrence OATES,

MARA S. GEORGES
Corporation Counsel
City of Chicago

By one of their attorneys,

30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602        /s/ Thomas H. Freitag
(312) 742-7391                 Thomas H. Freitag
Atty. No. 6272245              Assistant Corporation Counsel