**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DESMOND JAMES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 1758 |
| | ) | |
| CHICAGO POLICE OFFICERS | ) | JUDGE NORGLE |
| T. X. OATES ) (Star No. 13798, | ) | |
| B. A. WARCHOL (Star No. 9353 | ) | |
| CITY OF CHICAGO, ILLINOIS, | ) | |
| | ) | |
| Defendants | ) | |

**NOTICE OF AGREED MOTION**

TO:    Uche Nwakudu
       Uche Nwakudu & Associates
       53 W. Jackson Blvd., Suite 1440
       Chicago, Illinois  60604

**PLEASE TAKE NOTICE** that I have this day e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS AGREED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD,** a copy of which is herewith served upon you.

**PLEASE TAKE NOTICE** that on May 16th, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, before the Honorable Charles R. Norgle, or whomever shall be sitting in his stead, in Room 2341 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, I will then and there present the attached **DEFENDANTS AGREED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD.**

**DATED** at Chicago, Illinois this 14th day of May, 2008.

Respectfully submitted,

*/s/ Thomas H. Freitag*
THOMAS H. FREITAG
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, IL  60602
(312) 742-7391
Atty. No. 6272245

1

## CERTIFICATE OF SERVICE

The undersigned attorney, being first duly sworn upon oath, deposes and states that a copy of the foregoing **NOTICE OF AGREED MOTION** and **DEFENDANTS AGREED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD** was served upon the above-named at the above addresses by U.S. Mail on the 14th day of May, 2008, unless the respective party has otherwise received official notice via the Court's e-filing system.

/s/ *Thomas H. Freitag*
THOMAS H. FREITAG
Asst. Corporation Counsel