IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DESMOND JAMES | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 08 C 1758 |
| | ) |
| CHICAGO POLICE OFFICERS | ) |
| T. X. OATES (Star No. 13798) | ) |
| F.M. JACINTO (Star No. 16472) | ) |
| CITY OF CHICAGO, ILLINOIS, | ) |
| | ) |
| Defendants | ) |

### NOTICE OF MOTION

To: Uche Nwakudu
Uche Nwakudu & Associates
53 W. Jackson Blvd., Suite 1440
Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' JOINT MOTION TO DISMISS THE MATTER WITHOUT PREJUDICE OR, IN THE ALTERNATIVE, STAY THE PROCEEDINGS**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before Judge Norgle, or before such other Judge sitting in his place or stead, on the 6th day of June, 2008, at 10:30 a.m., or as soon thereafter as Counsel may be heard and then and there present the attached motion.

**DATED** at Chicago, Illinois this 4th day of June, 2008.

By: /s/ Thomas H Freitag
THOMAS H. FREITAG
Assistant Corporation Counsel

30 N. LaSalle St., Suite 1400
Chicago, Illinois 60602
(312) 742-7391
Attorney No.: 06272245

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have caused true and correct copies of the above and foregoing **NOTICE OF MOTION** and **DEFENDANTS' JOINT MOTION TO DISMISS THE MATTER WITHOUT PREJUDICE OR, IN THE ALTERNATIVE, STAY THE PROCEEDINGS** to be served on the person(s) named in the foregoing Notice, at the address therein stated, by placing said copies in the U.S. Mail on June 4, 2008, unless the respective party has otherwise received official notice via the Court's e-filing system.

*/S/ Thomas H. Freitag*
THOMAS H. FREITAG