## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1758 | **DATE** | 6/5/2008 |
| **CASE TITLE** | Desmond James vs. Oates, et al. | | |

**DOCKET ENTRY TEXT**

Thomas H,. Frietag is granted leave to withdraw his appearance [11] on behalf of Defendant, Brian Warchol.

Docketing to mail notices.

| | Courtroom Deputy Initials: | EF |
|---|---|---|